IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-
                                        Criminal Action No.
                                        22-00048-22-CR-W-DGK

MATHEW ROGERS,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    <u>Count 1</u>:    Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                                <u>Count 10</u>:    Distribution of Cocaine and Fentanyl *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C)

                                <u>Counts 25, 26, 43</u>:    Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                                <u>Forfeiture Allegation One</u>

**TRIAL COUNSEL**:
      Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
          Case Agent: ATF Special Agent Elizabeth White
      Defense: Jeffrey Alan Gedbaw

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government - F.R.E. Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
      Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
      Defense: 1 witness, including Defendant who      ( ) will
                                              (x) may
                                              ( ) will not testify

**TRIAL EXHIBITS**:
      Government: 300 exhibits with four defendants going to trial
      Defense: No additional exhibits

**DEFENSES**:
      (x)     defense of general denial
      ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      ( x ) Definitely for trial        ( ) Possibly for trial
      ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants; With just Defendant 3.5 days**
      Government's case including jury selection: 7-8 days; 3 days for just this Defendant
      Defense case: .5 day

**STIPULATIONS**:
      ( x )     not likely
      ( )     not appropriate
      ( )     likely as to:
            ( )     chain of custody
            ( )     chemist's reports
            ( )     prior felony conviction
            ( )     interstate nexus of firearm
            ( )     other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: On or before June 24, 2024
      Defense: On or before June 24, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
      **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:

     ( )     A _____-speaking interpreter is required.

     ( )     Other assistive devices:

     **IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge

3